# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02295-CMA-NYW

FIDOTV CHANNEL, INC., a Colorado corporation

    Plaintiff,

v.

THE INSPIRATIONAL NETWORK, INC., a North Carolina nonprofit corporation,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR PRELIMINARY INJUNCTION

This matter having come before the Court on Plaintiff's Motion for Preliminary Injunction (Doc. # 14), and the Court, having considered the pleadings, filings, and arguments of counsel and being fully advised, finds and orders:

1. The Court has determined that Plaintiff has satisfied its burden of demonstrating the factors for a preliminary injunction, namely, likelihood of success on the merits, irreparable harm, and balancing of equities and that the public interest is neutral and enters a preliminary injunction barring Defendant from terminating service under the Network Operations Services Agreement through November 30, 2018, subject to the terms set forth below:

2. Plaintiff shall post a bond for $335,000 by 5:00 PM MDT on October 8, 2018. Proof that the bond has been posted shall be filed with the Court and served on counsel

for the Defendant. The amount of the bond may be reduced by any funds paid to and received by Defendant before 5:00 PM MDT on October 8, 2018.

3. If Plaintiff fails to post the bond before 5:00 PM MDT on October 8, 2018, the preliminary injunction shall be dissolved.

4. By the terms of this Order, the preliminary injunction dissolves at 11:59 PM MST on November 30, 2018.

For all of these reasons and subject to these terms, Plaintiff's Motion for a Preliminary Injunction (Doc. # 14) is GRANTED. It is

FURTHER ORDERED that Plaintiff's Motion in Limine (Doc. # 26) is DENIED AS MOOT.

DATED: September 28, 2018

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge